IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01531-REB-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Defendant West American Insurance Company's Motion for Protective Order as to Fed. R. Civ. P. 30(b)(6) Deposition of West American Insurance Company** [Doc. # 23, filed 11/12/2010] (the "Motion for Protective Order");

(2) **Defendant West American Insurance Company's Forthwith Motion to Vacate Settlement Conference** [Doc. # 26, filed 11/17/2010] (the "Motion to Vacate"); and

(3) The **Joint Motion for Entry of Protective Order** [Doc. # 35, filed 11/29/2010] (the "Motion for Blanket Protective Order").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED:

(1)     The Motion for Protective Order [Doc. # 23] is DENIED. West American Insurance Company shall produce a witness to testify in response to Plaintiff's Notice of [Rule] 30(b)(6) Deposition of Defendant West American [Doc. # 33-3] in Ohio at a place, date, and time as the parties may agree, but not later than **January 31, 2011**;

(2)     The Motion to Vacate [Doc. # 26] is GRANTED. The settlement conference set for December 7, 2010, at 9:30 a.m., is VACATED and RESET to **February 16, 2011, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **February 9, 2011**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement; and

(3)     The Motion for Blanket Protective Order [Doc. # 35] is DENIED without prejudice and may be resubmitted with the modifications discussed at the hearing this afternoon.

Dated December 3, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge