IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01531-REB-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Amend Scheduling Order to Extend Expert Witness Deadlines** [Doc. # 41, filed 12/10/2010] (the "Motion for Extension"). The parties request extensions of only three deadlines: (1) designation of expert witnesses, to February 14, 2011; (2) designation of rebuttal experts, to March 14, 2011; and (3) expert discovery cut-off, to April 11, 2011.

IT IS ORDERED that the Motion for Extension [Doc. # 41] is GRANTED, and the case schedule is modified to the following extent:

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 14, 2011;

      (b)      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 14, 2011; and

Expert Discovery Cut-Off:      April 11, 2011.

Dated December 13, 2010.

                                        BY THE COURT:

                                        s/ Boyd N. Boland  
                                        United States Magistrate Judge