IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   10-cv-01531-REB- BNB | Date: December 21, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON, and ZURICH AMERICAN INSURANCE COMPANY, | Evan Stephenson |
| Plaintiff(s), | |
| v. | |
| WEST AMERICAN INSURANCE COMPANY, and NORTH RIVER INSURANCE COMPANY, | Lucas Lorenz |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     10:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff Certain Underwriters' and Zurich American's motion to compel defendant West American's further responses to request for production of documents ( Doc. # 30; filed 11/24/10) is granted for reasons states on the record.

**ORDERED:** Plaintiff Certain Underwriters' and Zurich American's motion to compel defendant West American's further responses to interrogatories ( Doc. #31; filed 11/24/10) is granted for reasons states on the record.

Court in Recess:     11:17 a.m.     Hearing concluded.    Total time in Court: 00:47

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.