IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01531-REB-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.

_____

**ORDER**

_____

This matter arises on the following:

(1)     **Plaintiff Certain Underwriters' and Zurich American's Motion to Compel
Defendant West American's Further Responses to Request for Production of Documents**
[Doc. # 30, filed 11/24/2010] (the "Motion to Compel: Production"); and

(2)     **Plaintiff Certain Underwriters' and Zurich American's Motion to Compel
Defendant West American's Further Responses to Interrogatories** [Doc. # 31, filed
11/24/2010] (the "Motion to Compel: Interrogatories").

I held a hearing on the motions this morning and made rulings on the record, which are
incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel: Production [Doc. # 30] is GRANTED.  West American
shall produce, on or before **January 11, 2011**, all non-privileged responsive documents, as

specified at the hearing, and shall serve on the plaintiffs a privilege log specifically identifying all documents withheld from production based on a claim of privilege or immunity; and

(2)     The Motion to Compel: Interrogatories [Doc. # 31] is GRANTED.  West American shall, on or before **January 11, 2011**, provide full and complete answers to Interrogatories 1-10.

Dated December 21, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge