IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01531-REB-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Amend Scheduling Order** [Doc. # 50, filed 1/26/2011] (the "Motion for Extension"). The Motion for Extension demonstrates good cause justifying the relief sought, but the parties are cautioned that further extensions do not appear to be possible.

IT IS ORDERED that the Motion for Extension [Doc. # 50] is GRANTED, and the case schedule is modified to the following extent:

        Discovery Cut-Off:        **April 25, 2011**

        (All discovery must be completed by the discovery cut-off. All
        written discovery must be served so that responses are due on or
        before the discovery cut-off.)

        Dispositive Motions Deadline:        **May 16, 2011**

Expert Disclosures:

(a)  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 14, 2011**

(b)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 11, 2011**

Final Pretrial Conference:  The final pretrial conference set for May 6, 2011, at 9:00 a.m., is VACATED and RESET to **August 1, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 25, 2011**.

Dated January 31, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge