IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01531-WJM-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the private mediation which I have ordered to occur within 60 days,

IT IS ORDERED:

(1) **Plaintiffs' . . . Motion for Sanctions [etc.]** [Doc. # 57, filed 2/11/2011] and **Defendant West American Insurance Company's Motion to Compel [etc.]** [Doc. # 63, filed 2/14/2011] are DENIED WITHOUT PREJUDICE, to be refiled, if appropriate, after the private mediation has occurred; and

(2) The hearing on the motions, set for March 1, 2011, is VACATED.

DATED: February 17, 2011