IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01531-WJM-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation, and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

**ORDER**
_____

The parties appeared yesterday for a settlement conference. In the course of that conference, the parties expressed an interest in pursuing private mediation with an industry expert. Consistent with that discussion:

IT IS ORDERED:

(1)  On or before March 10, 2011, the parties shall agree on private mediator and set a firm date for a private mediation to occur;

(2)  The private mediation shall be scheduled so that it is completed on or before April 18, 2011;

(3)  The private mediation shall occur in Los Angeles, California, unless the parties agree to some other location; and

(4)     Within ten days after the completion of the private mediation, the parties shall file confidential settlement statements informing me of the settlement offers made at the private mediation and addressing what further efforts, if any, they believe should be undertaken to achieve a settlement of this matter.

Dated February 17, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge