IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01531-WJM-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation, and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

## ORDER
_____

This matter arises on the **Joint Motion to Amend Scheduling Order** [Doc. # 79, filed 3/2/2011] (the "Joint Motion").

IT IS ORDERED that the Joint Motion [Doc. # 79] is GRANTED, and the case schedule is modified to the following extent:

    Discovery Cut-Off:    **July 29, 2011**

    (All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Deadline to File Fed. R. Evid.
    Rule 702 Motions:    **July 27, 2011**

    Dispositive Motions Deadline:    **August 26, 2011**

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 17, 2011**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 8, 2011**

Final Pretrial Conference:  The final pretrial conference set for August 1, 2011, at 8:30 a.m., is VACATED and RESET to **November 8, 2011, at 9:00 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **November 1, 2011**.

Dated March 3, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge