IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01531-WJM-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 119, filed May 27, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **July 18, 2011**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **August 8, 2011**;

| | |
|---|---|
| Deadline to file motions pursuant to F.R.E 702: | **August 26, 2011**; |
| Discovery Cut-off: | **August 29, 2011**; |
| Dispositive Motion Deadline: | **September 26, 2011**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for November 8, 2011, is **vacated and reset to December 8, 2011, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is

due on or before **December 1, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.


DATED:  May 31, 2011