IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01531-WJM-BNB

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY
NO. 759/JC098010P, and
ZURICH AMERICAN INSURANCE COMPANY,

Plaintiffs,

v.

NORTH RIVER INSURANCE COMPANY, a New Jersey corporation, and
WEST AMERICAN INSURANCE COMPANY, an Ohio corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Notice of Settlement** [Doc. # 130, filed 6/20/2011] (the "Notice of Settlement: North River") indicating that a settlement has been reached on all claims between the plaintiff and defendant North River Insurance Company;

(2)     **Notice of Settlement** [Doc. # 142, filed 8/3/2011] (the "Notice of Settlement: West American") indicating that a settlement has been reached on all claims between the plaintiff and defendant West American Insurance Company;

(3)     **Defendant West American Insurance Company's Motion to Amend Scheduling Order** [Doc. # 137, filed 7/28/2011] (the "Motion for Extension"); and

(4)     **Defendant West American Insurance Company's Motion for Forthwith Hearing (Regarding Motion to Amend Scheduling Order)** [Doc. # 138, filed 7/28/2011] (the "Motion for Hearing").

In view of the notices of settlement,

IT IS ORDERED:

(1)     On or before **August 19, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a);

(2)     The Motion for Extension [Doc. # 137] is DENIED as moot; and

(3)     The Motion for Hearing [Doc. # 138] is DENIED as moot.

Dated August 5, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge